partment. April 19, 1916.) Order, so far as appealed from, affirmed, with $10 costs and disbursements. All concur.

Henry D. GREENWALD et al. v. NO. 501 WEST 113TH STREET, Inc., et al. (Supreme Court Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal denied. Order filed.

Henry D. GREENWALD et al., Respts., v. NO. 501 WEST 113TH STREET, Inc., et al., Applts. (Supreme Court Appellate Division, First Department. June 23, 1916.) Order reversed, without costs, and motion granted, on condition that appellants pay $10 costs and serve proposed case within 10 days. No opinion. Order filed.

In the matter of the judicial settlement of the account of Frederick J. GREIFENSTEIN and Frederick Herb, as executors, etc., of Frank Roos, deceased. (Supreme Court Appellate Division, Second Department. June 23, 1916.) Decrees of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur. For opinion below, see 149 N. Y. Supp. 136.

John GRESSWELL, respondent, v. Ralph O'ROURKE, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Charles A. GREVE and Agnes R. Greve, Appellants. v. Fred GRAF, Respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Appeal from Trial Term, Kings County. Judgment for defendant, and plaintiffs appeal. Reversed, and new trial granted.

PER CURIAM. The court cannot discover any substantial basis for the finding that, beyond the $1,000 invested by defendant, he contributed $740, which should be repaid him. His testimony shows definitely that he drew from the bank about that sum in excess of the $1,000. The parties should, upon a new trial of the simple questions involved, show how the account stood between the partners, what are the assets and what are the debts, inasmuch as a public accountant examined the books. The judgment is reversed, and a new trial granted; costs to abide the final award of costs.

Chester D. GRIESEMER, appellant, v. KNOX HAT MANUFACTURING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motions denied, without costs.

Mabel L. GRIFFIN, as admx., etc., respt., v. N. Y. C. & H. R. R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $12,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified is, together with the order, affirmed, without costs of this

appeal to either party. Held, that the verdic is against the weight of the evidence upon th question of damages. All concur.

Cass GRIGGS, respt., v. Harris FINKEL STEIN and one, applts. (Supreme Court, Ap pellate Division, Fourth Department. May 1916.) Motion granted, and appeal dismissed with costs, including $10 costs of this motion.

Minnie GROSSMAN, an infant, etc., appel lant, v. Jacob FISHER et al., respondents (Supreme Court, Appellate Division, Second Do partment. June 9, 1916.) Motion denied, wit $10 costs.

May M. GUGEL and another, appellants, Everett S. HISCOX and Jesse F. Hiscox, re spondents. Appeal No. 1. (Supreme Court Appellate Division, Second Department. Jun 23, 1916.) Order affirmed, with $10 costs an disbursements. No opinion. Jenks, P. J., an Thomas, Carr, Mills, and Rich, JJ., concur.

May M. GUGEL and another, appellants, Everett S. HISCOX and Jesse F. Hiscox, re spondents. Appeal No. 2. (Supreme Court, Ap pellate Division, Second Department. June 23 1916.) Order affirmed, with $10 costs and dis bursements. No opinion. Jenks, P. J., an Thomas, Carr, Mills, and Rich, JJ., concur.

William GUGGENHEIM, respondent, v. Isaa GUGGENHEIM et al., appellants. (Supreme Court, Appellate Division, Second Department June 9, 1916.) Without passing upon the mer its of the questions of law in this case, the mo tion is denied, without costs, upon the ground that the defendants have committed themselves to the trial of the action at the June term of the court in Nassau county. Thomas, Staple ton, and Putnam, JJ., concur. Jenks, P. J., and Mills, J. dissent.

William GUGGENHEIM, plaintiff, v. Isaac GUGGENHEIM et al., defendants. (Supreme Court, Appellate Division, Second Department June 12, 1916.) Motion for rehearing denied, without costs. The motion for the stay was denied without intention to preclude either party from application to the Trial Term for a postponement or a continuance, and without intention to interfere with the absolute con trol of the justice presiding at said term over the calendar before him.

William GUGGENHEIM, respondent, v. Isaac GUGGENHEIM and others, appellants. (Supreme Court, Appellate Division, Second De partment. June 19, 1916.) Motion denied, and order signed.

Elizabeth GUINEY, appellant, v. Timothy GUINEY, respondent. (Supreme Court, Ap pellate Division, Second Department. June 29, 1916.) Judgment affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Joseph GULLA, applt., v. Louisa BARTON, sole surviving partner, etc., respt. (Supreme Court, (Appellate Division, Third Department.